IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| FREDERICK DANIELS, | § |
| | § No. 496, 2015 |
| Defendant Below- | § |
| Appellant, | § |
| | § |
| v. | § Court Below—Superior Court |
| | § of the State of Delaware |
| STATE OF DELAWARE, | § Cr. ID 1108008372 |
| | § |
| Plaintiff Below- | § |
| Appellee. | § |

Submitted: November 12, 2015
Decided: January 8, 2016

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices

## O R D E R

This 8th day of January 2016, upon consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, it appears to the Court that:

(1)    The appellant, Frederick Daniels, pled guilty in January 2012 to several drug offenses. More than two years later, Daniels filed a motion for postconviction relief under Superior Court Criminal Rule 61, seeking to challenge the voluntariness of his plea because of misconduct at the Office of the Chief Medical Examiner ("OCME"), which came to light in 2014. He now appeals the Superior Court's dismissal of his Rule 61 motion.

(2) In several prior cases, this Court has rejected various iterations of the same arguments presented in this appeal.[1] For the reasons stated in those cases, we affirm the Superior Court's denial of postconviction relief in this appeal. Daniels' petition failed to plead any basis to avoid the effect of his voluntary and knowing plea of guilty, and he has not suffered an unjust conviction. Moreover, we find no merit to Daniels' contentions that the June 2014 amendments to Rule 61 are unconstitutional or otherwise should not have been applied to his motion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_James T. Vaughn_
Justice

---

[1] *See Cannon v. State*, __ A.3d __, 2015 WL 6935921, at *3 (Nov. 9, 2015); *Jones v. State*, 2015 WL 6746873, at *1 (Del. Nov. 4, 2015); *Turnage v. State*, 2015 WL 6746644, at *1 (Del. 4, 2015); *Aricidiacono v. State*, __ A.3d __, 2015 WL 5933984, at *3–4 (Del. Oct. 12, 2015); *Anzara Brown v. State*, 117 A.3d 568, 581 (Del. 2015); *Ira Brown v. State*, 108 A.3d 1201, 1205–06 (Del. 2015); *Brewer v. State*, 2015 WL 4606541, at *2–3 (Del. July 30, 2015); *McMillan v. State*, 2015 WL 3444673, at *2 (Del. May 27, 2015); *Patrick L. Brown v. State*, 2015 WL 3372271, at *2 (Del. May 22, 2015); *Carrero v. State*, 2015 WL 3367940, at *2 (Del. May 21, 2015).